United States Courts
Southern District of Texas
FILED

JUN 0 5 2019

AO91 (Rev. 12/03) Criminal Complaint

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.
Jose Gabriel RIVERA

**CRIMINAL COMPLAINT**

Case Number: C-19-2246M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 04, 2019__ in __Kenedy__ County, in the __Southern District Of Texas__ defendant(s)

Jose Gabriel RIVERA, a native and citizen of Honduras, and an alien who had been previously deported from the United States was found unlawfully within the United States in Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On June 04, 2019, Border Patrol Agents encountered Jose Gabriel RIVERA, attempting to circumvent the United States Border Patrol Checkpoint near Sarita, Texas. Agents determined Jose Gabriel RIVERA to be a citizen and national of Honduras without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Jose Gabriel RIVERA was ordered removed from the United States by a designated official on November 06, 2018 and was physically removed from the United States to Honduras on December 21, 2018 via Valley International Airport. Jose Gabriel RIVERA stated he last entered the United States illegally on or about May 02, 2019 near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Davila, Angel   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

June 05, 2019                                                       at   Corpus Christi, Texas
Date                                                                     City/State

Jason Libby                    U.S. Magistrate Judge
Name of Judge                  Title of Judge                            Signature of Judge

Case 2:19-mj-02246 Document 1 Filed on 06/05/19 in TXSD Page 2 of 2

United States Courts
Southern District of Texas
FILED

JUN 0 5 2019

David J. Bradley, Clerk of Court

CONTINUATION OF CRIMINAL COMPLAINT

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Jose Gabriel RIVERA | **CRIMINAL COMPLAINT**<br><br>Case Number: C-19-2246M |

At this time, there is no evidence to indicate Jose Gabriel RIVERA has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

_5th_ day of _____ June, 2019

Signature of Judicial Officer

Dávila, Angel   Border Patrol Agent
Signature of Complainant